| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Somers, Dale L. | 2. Court or Organization<br><br>U.S. Bankruptcy Court - Kansas | 3. Date of Report<br><br>10/23/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>255 U.S. Courthouse<br>444 SE Quincy<br>Topeka, KS 66683 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 10/23/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 10/23/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 10/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BJD Somers Family LLC | E | Distribution | M | U | | | | | See Note in Part VIII |
| 2. C.M. Life Insurance Company - Whole Life | B | Int./Div. | K | T | | | | | |
| 3. C.M. Life Insurance Company - Whole Life | A | Int./Div. | J | T | | | | | |
| 4. C.M. Life Insurance Company - Whole Life | A | Int./Div. | J | T | | | | | |
| 5. Fidelity Brokerage Services LLC - IRA Account | | | | | | | | | See Note in Part VIII |
| 6. -Claymore Securities Defined Portfolios | B | Dividend | K | T | | | | | |
| 7. -Fidelity Cash Reserves | A | Int./Div. | K | T | | | | | |
| 8. -Templeton Global Bond Fund | C | Dividend | L | T | Buy (add'l) | 07/06/18 | L | | |
| 9. -Harbor Bond Adm | C | Dividend | M | T | Buy (add'l) | 01/11/18 | K | | |
| 10. | | | | | Sold (part) | 12/13/18 | K | B | |
| 11. -Ishares S&P Midcap 400 Growth | A | Dividend | K | T | Sold (part) | 12/14/18 | J | C | |
| 12. -Doubleline Total Rt Bond Fd | D | Dividend | M | T | Buy (add'l) | 07/06/18 | J | | |
| 13. -Metropolitan West Total Return | C | Dividend | M | T | Buy (add'l) | 07/06/18 | K | | |
| 14. | | | | | Sold (part) | 12/13/18 | K | A | |
| 15. | | | | | Sold (part) | 12/14/18 | J | A | |
| 16. -Fidelity High Income | C | Dividend | K | T | Sold (part) | 07/06/18 | K | A | |
| 17. | | | | | Sold (part) | 11/16/18 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 10/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Eaton Vance Floating Rate | C | Dividend | K | T | Sold (part) | 11/16/18 | K | B | |
| 19. -Oakmark Intl Investor Cl | B | Dividend | L | T | Sold (part) | 01/08/18 | K | D | |
| 20. -American Century Value CL I | B | Dividend | L | T | Sold (part) | 07/06/18 | K | C | |
| 21. -Ishares Core S&P 500 ETF | A | Dividend | J | T | Sold (part) | 07/09/18 | K | C | |
| 22. | | | | | Sold (part) | 12/14/18 | K | C | |
| 23. | | | | | Sold (part) | 12/17/18 | J | B | |
| 24. -Ishares S&P 500 Growth ETF | B | Dividend | M | T | Sold (part) | 07/09/18 | K | D | |
| 25. -Ishares S&P 500 Value ETF | B | Dividend | L | T | Buy (add'l) | 01/09/18 | K | | |
| 26. -Ishares Trust Core MSCI EAFE ETF | C | Dividend | L | T | | | | | |
| 27. -Wells Fargo Special Mid Cap CL 1 | A | Dividend | K | T | Sold (part) | 01/11/18 | J | B | |
| 28. | | | | | Sold (part) | 07/06/18 | K | C | |
| 29. | | | | | Sold (part) | 12/13/18 | J | A | |
| 30. -Baird Aggregate Bond Fund Investor Cl | B | Dividend | L | T | Buy (add'l) | 07/06/18 | K | | |
| 31. -Ishares Core U.S. Aggregate Bond ETF | D | Dividend | N | T | Buy (add'l) | 01/09/18 | J | | |
| 32. | | | | | Buy (add'l) | 07/09/18 | L | | |
| 33. | | | | | Buy (add'l) | 11/19/18 | L | | |
| 34. -Glenmede Small Cap Equity-Adv | A | Dividend | K | T | Sold (part) | 07/06/18 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 10/23/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Harding Loevner Emerg Mrkts Port Adv | A | Dividend | K | T | Sold (part) | 07/06/18 | J | B | |
| 36. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 37. -Ishares Inc Core MSCI Emerging Mkts | A | Dividend | K | T | Sold (part) | 01/09/18 | J | B | |
| 38. | | | | | Buy (add'l) | 12/14/18 | K | | |
| 39. -Ishares Core S&P Small-Cap ETF | A | Dividend | J | T | Buy | 01/09/18 | K | | |
| 40. | | | | | Sold (part) | 12/14/18 | K | A | |
| 41. -Ishares S&P Midcap 400 Value ETF | A | Dividend | J | T | Buy | 07/09/18 | J | | |
| 42. -The Hartford Intl Oppt Fd | A | Dividend | J | T | Buy | 12/13/18 | K | | |
| 43. Fidelity Brokerage Services LLC - IRA Account | | | | | | | | | See Note in Part VIII |
| 44. -Fidelity Cash Reserves | A | Int./Div. | J | T | | | | | |
| 45. -Harbor Bond | A | Dividend | K | T | | | | | |
| 46. -Templeton Global Bond | A | Dividend | K | T | Buy (add'l) | 12/24/18 | J | | |
| 47. -Ishares S&P 500 Growth ETF | A | Dividend | | | Sold | 12/14/18 | J | B | |
| 48. -Baird Aggregate Bond Fund Investor Cl | B | Dividend | L | T | | | | | |
| 49. -Ishares Trust Core MSCI EAFE ETF | A | Dividend | J | T | Buy | 01/12/18 | J | | |
| 50. Fidelity Brokerage Services LLC - Non IRA Acct | | | | | | | | | See Note in Part VIII |
| 51. -Fidelity Government Cash Reserves | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 10/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Templeton Global Bond | C | Dividend | L | T | | | | | |
| 53. -American Century Value Fund Class I | A | Dividend | K | T | | | | | |
| 54. -Ishares Russell 1000 Value | B | Dividend | L | T | | | | | |
| 55. -Ishares Core S&P 500 Value ETF | A | Dividend | K | T | | | | | |
| 56. -Ishares Core S&P 500 Growth ETF | B | Dividend | M | T | Buy (add'l) | 01/09/18 | K | | |
| 57. -Doubleline Total Return Bond Fund (X) | A | Dividend | | | Sold | 12/13/18 | J | A | |
| 58. -Ishares S&P Midcap 400 Growth (X) | A | Dividend | K | T | | | | | |
| 59. -Harding Loevner Emerg Mrkts Port Adv | A | Dividend | K | T | | | | | |
| 60. -Ishares Core U.S. Aggregate Bond | A | Dividend | K | T | | | | | |
| 61. -Glenmede Small Cap Equity Adv | A | Dividend | | | Sold | 11/06/18 | K | A | |
| 62. -The Hartford Intl Oppt Fd Class I | | None | | | Sold (part) | 01/08/18 | L | B | |
| 63. | | | | | Sold (part) | 07/06/18 | J | A | |
| 64. | | | | | Sold | 11/05/18 | L | A | |
| 65. -Ishares Inc Core MSCI Emerging Mkts | | None | | | Sold | 01/09/18 | J | A | |
| 66. -Ishares Trust Core MSCI EAFE ETF | B | Dividend | L | T | Buy | 01/09/18 | J | | |
| 67. | | | | | Buy (add'l) | 01/12/18 | J | | |
| 68. | | | | | Buy (add'l) | 11/06/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 10/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Ishares Core S&P Small-Cap ETF | A | Dividend | K | T | Buy | 01/12/18 | J | | |
| 70. | | | | | Buy (add'l) | 11/07/18 | K | | |
| 71. -Ishares S&P Midcap 400 Value ETF | A | Dividend | J | T | Buy | 07/09/18 | J | | |
| 72. Fidelity Brokerage Services LLC - Roth IRA Account | | | | | | | | | See Note in Part VIII |
| 73. -Fidelity Government Cash Reserves | A | Dividend | J | T | | | | | |
| 74. -Ares Capital Corp Com Stk | A | Dividend | | | Open | 12/13/18 | J | | |
| 75. | | | | | Sold | 12/26/18 | J | A | |
| 76. -Villere Balanced | A | Dividend | | | Open | 12/13/18 | K | | |
| 77. | | | | | Sold | 12/24/18 | J | A | |
| 78. -Baird Aggregate Bond Fund | A | Dividend | J | T | Buy | 12/24/18 | J | | |
| 79. -Templeton Global Bond | | None | J | T | Buy | 12/24/18 | J | | |
| 80. -Ishares S&P Mid Cap 400 Growth ETF | | None | J | T | Buy | 12/26/18 | J | | |
| 81. Fidelity Brokerage Services LLC - IRA Account | | | | | | | | | See Note in Part VIII |
| 82. -Fidelity Government Cash Reserves | A | Dividend | J | T | | | | | |
| 83. -Ishares Select Dividend ETF | A | Dividend | | | Open | 12/13/18 | K | | |
| 84. | | | | | Sold | 12/26/18 | K | A | |
| 85. -Ishares TR 20 yr TR Bond ETF | A | Dividend | | | Open | 12/13/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Somers, Dale L. | 10/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 12/26/18 | J | A | |
| 87. -Ishares Trust 1-3 Year Treasury Bond | A | Dividend | | | Open | 12/13/18 | J | | |
| 88. | | | | | Sold | 12/26/18 | J | A | |
| 89. -Ishares US Real Estate ETF | A | Dividend | | | Open | 12/13/18 | J | | |
| 90. | | | | | Sold | 12/26/18 | J | A | |
| 91. -Ishares TR IBOXX HI YD ETF | A | Dividend | | | Open | 12/13/18 | J | | |
| 92. | | | | | Sold | 12/26/18 | J | A | |
| 93. -Ishares TR MBS ETF | A | Dividend | | | Open | 12/13/18 | K | | |
| 94. | | | | | Sold | 12/26/18 | K | A | |
| 95. -Ishares TR Intrm TR CRP ETF | A | Dividend | | | Open | 12/13/18 | J | | |
| 96. | | | | | Sold | 12/26/18 | J | A | |
| 97. -Ishares TR 3 7 yr Treas Bond | A | Dividend | | | Open | 12/13/18 | J | | |
| 98. | | | | | Sold | 12/26/18 | J | A | |
| 99. -Ishares TR Lng TR CRPRT Bond | A | Dividend | | | Open | 12/13/18 | K | | |
| 100. | | | | | Sold | 12/26/18 | K | A | |
| 101. -Ishares US ETF TR IT RT HDG HGYL | | None | | | Open | 12/13/18 | K | | |
| 102. | | | | | Sold | 12/26/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 10/23/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Ishares US ETF TR INT RT HD Long | | None | | | Open | 12/13/18 | J | | |
| 104. | | | | | Sold | 12/26/18 | J | A | |
| 105.  -Ishares Trust 0-5yr High Yield | A | Dividend | | | Open | 12/13/18 | J | | |
| 106. | | | | | Sold | 12/26/18 | J | A | |
| 107.  -Ishares Mortgage Real Estate ETF | A | Dividend | | | Open | 12/13/18 | J | | |
| 108. | | | | | Sold | 12/26/18 | J | A | |
| 109.  -Vaneck Vectors ETF TR High Yld Mun ETF | | None | | | Open | 12/13/18 | J | | |
| 110. | | | | | Sold | 12/26/18 | J | A | |
| 111.  -AQR Equity Market Neutral FD | A | Dividend | | | Open | 12/18/18 | J | | |
| 112. | | | | | Sold | 12/24/18 | J | A | |
| 113.  -AQR Managed Futures Fund | | None | | | Open | 12/18/18 | J | | |
| 114. | | | | | Sold | 12/24/18 | J | A | |
| 115.  -Doubleline Total RT Bond Fund | A | Dividend | J | T | Open | 12/18/18 | J | | |
| 116.  -Eaton Vance Global Macro Abslte RT | | None | | | Open | 12/18/18 | J | | |
| 117. | | | | | Sold | 12/24/18 | J | A | |
| 118.  -ASG Managed Futures Strategy Fund | | None | | | Open | 12/18/18 | J | | |
| 119. | | | | | Sold | 12/24/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 10/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Pimco Commodity Real Return Inst | | None | | | Open | 12/18/18 | J | | |
| 121. | | | | | Sold | 12/24/18 | J | A | |
| 122. -Glenmede Small Cap Equity | | None | J | T | Buy | 12/24/18 | J | | |
| 123. -Templeton Global Bond | | None | J | T | Buy | 12/24/18 | J | | |
| 124. -The Hartford Intl Oppt Fund | A | Dividend | K | T | Buy | 12/24/18 | K | | |
| 125. -Ishares Core US Aggr Bond ETF | | None | L | T | Buy | 12/26/18 | L | | |
| 126. -Ishares Inc Core MSCI Emerging Mkts | | None | J | T | Buy | 12/26/18 | J | | |
| 127. -Ishares S&P Midcap 400 Value | | None | J | T | Buy | 12/26/18 | J | | |
| 128. -Ishares S&P 500 Growth ETF | | None | K | T | Buy | 12/26/18 | K | | |
| 129. -Ishares S&P 500 Value ETF | | None | L | T | Buy | 12/26/18 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 10/23/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

A. Item #1 BJD Somers Family LLC - I am a member, I am not an officer or board member and I have no managerial responsibilities.

B. Items listed in #6 through #42 are all assets of Fidelity Brokerage Services LLC IRA account identified in #5 above.

C. Items listed in #44 through #49 are all assets of Fidelity Brokerage Services LLC IRA account identified in #43 above.

D. Items listed in #51 through #71 are all assets of Fidelity Brokerage Services LLC non-IRA account identified in #50 above.

E. Items listed in #73 though #80 are all assets of Fidelity Brokerage Services LLC Roth IRA account identified in #72 above.

F. Items listed in #82 though #129 are all assets of Fidelity Brokerage Services LLC IRA account identified in #81 above.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Dale L. Somers**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544